LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-05206 BRO (JCx) | Date | July 16, 2015 |
|---|---|---|---|
| Title | SATARCO KISH TRADING, LLC V. WAMAR INTERNATIONAL GROUP, LLC ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

Plaintiff Satarco Kish Trading, LLC ("Plaintiff") recently filed this action for breach of contract on July 10, 2015. (Dkt. No. 1.) Plaintiff invokes this Court's diversity jurisdiction under 28 U.S.C. § 1332(a). The Complaint names three defendants: (1) Wamar International Group, LLC ("Wamar International"); (2) Wamar Engineering; and (3) Nabil Y. Barakat.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statute. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Original jurisdiction may be established pursuant to the diversity statute, 28 U.S.C. § 1332(a). Under the complete diversity rule, a plaintiff must meet the diversity statute's requirements with respect to each defendant. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989) (citing *Strawbridge v. Curtiss*, 3 Cranch 267 (1806)). A limited liability company is deemed to be a citizen of every state of which its owners or members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Plaintiff and Wamar International are limited liability companies. (Compl. ¶¶ 3, 4.) To properly allege the citizenship of these parties and demonstrate complete diversity, Plaintiff must (1) identify their owners or members, and (2) allege every state of which every owner or member is a citizen. The Complaint alleges only where these

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-05206 BRO (JCx) | Date | July 16, 2015 |
|---|---|---|---|
| Title | SATARCO KISH TRADING, LLC V. WAMAR INTERNATIONAL GROUP, LLC ET AL. | | |

parties were formed and where they maintain a principal place of business.  These allegations are insufficient to demonstrate complete diversity.

Accordingly, Plaintiff is **ORDERED** to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction.  Plaintiff's response to this Order shall be filed by no later than **Thursday, July 23, 2015, at 5:00 p.m.**  An appropriate response will adequately allege Plaintiff and Wamar International's citizenship in accordance with this Order.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |